# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:23-MC-00181-RJC-SCR

| | | |
|---|---|---|
| **HEATHER NICOLE DURHAM,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **CITY OF CHARLOTTE,** | ) | |
| **CENTRALSQUARE TECHNOLOGIES,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Respondent and Movant.** | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Andrew S. Koelz]" (Doc. No. 19) filed December 5, 2024.  For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: December 5, 2024

Susan C. Rodriguez
United States Magistrate Judge